| | |
|---|---|
| 1 | DENNIS A. CAMMARANO/BAR NO. 123662 |
| | CAMMARANO LAW GROUP |
| 2 | 555 East Ocean Boulevard, Suite 501 |
| | Long Beach, California  90802 |
| 3 | Telephone:  (562) 495-9501 |
| | Facsimile: (562) 495-3674 |
| 4 | |
| 5 | Attorneys for Defendant, |
| | NIPPON EXPRESS U.S.A., INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation, | ) ) ) | Case No.: C-13-1104-NC |
| Plaintiff, | ) ) ) ) | **ORDER EXTENDING TIME FOR NIPPON EXPRESS U.S.A., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** [PROPOSED] |
| v. | ) ) | |
| NIPPON EXPRESS U.S.A., INC., a corporation; CHINA AIRLINES, LTD., a foreign corporation; and DOES ONE through FIFTEEN, | ) ) ) ) ) | Concurrent stipulation filed concurrently |
| Defendants. | ) ) | |

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN**,

IT IS HEREBY ORDERED that NIPPON EXPRESS U.S.A., Inc.'s time to respond to Plaintiff's complaint is extended to and including April 29, 2013.

IT IS SO ORDERED.

Dated: April 5, 2013

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

*Order Extending Time for Nippon Express to Respond to Plaintiff's Complaint [Proposed]*