|   |   |
|---|---|
| 1 | DENNIS A. CAMMARANO/BAR NO. 123662<br>CAMMARANO LAW GROUP |
| 2 | 555 East Ocean Boulevard, Suite 501<br>Long Beach, California  90802 |
| 3 | Telephone:  (562) 495-9501<br>Facsimile: (562) 495-3674 |
| 4 |   |
| 5 | Attorneys for Defendant,<br>NIPPON EXPRESS U.S.A., INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation,<br><br>     Plaintiff,<br><br>v.<br><br>NIPPON EXPRESS U.S.A., INC., a corporation; CHINA AIRLINES, LTD., a foreign corporation; and DOES ONE through FIFTEEN,<br><br>     Defendants. | Case No.: C-13-1104-NC<br><br>**ORDER EXTENDING TIME FOR NIPPON EXPRESS U.S.A., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** ~~**[PROPOSED]**~~<br><br>Concurrent stipulation filed concurrently |
|---|---|

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN**, IT IS HEREBY ORDERED that NIPPON EXPRESS U.S.A., Inc.'s time to respond to Plaintiff's complaint is extended to and including April 29, 2013.

IT IS SO ORDERED.

Dated: April 5, 2013

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

*Order Extending Time for Nippon Express to Respond to Plaintiff's Complaint [Proposed]*