1
2
3
4
5
6
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  SOMPO JAPAN INSURANCE              )   Case No. C 13-01104 NC
    COMPANY OF AMERICA, a corporation; )
12                                     )
                Plaintiff,             )   [~~PROPOSED~~] **ORDER GRANTING JOINT**
13                                     )   **REQUEST TO CONTINUE INITIAL**
         v.                            )   **CASE MANAGEMENT CONFERENCE**
14                                     )
                                       )
15  NIPPON EXPRESS U.S.A., INC., a     )   Date: June 12, 2013
    corporation; CHINA AIRLINES, LTD, a)   Time: 10:00am
16  foreign corporation; and DOES ONE  )   Location: Courtroom A
    through FIFTEEN,                   )   Hon. Nathanael Cousins
17                                     )
                Defendants.            )
18                                     )

19       Pursuant to the parties' Joint Request to Continue the Initial Case Management

20  Conference submitted concurrently herewith,

21       **IT IS HEREBY ORDERED** that:

22       The Initial Case Management Conference in the above-captioned matter set for June

23  12, 2013, in Courtroom A at 10:00 a.m. is continued to July 31, 2013, in Courtroom A at 10:00

24  a.m. Further, all related case management conference filing deadlines are rescheduled as follows:

25

26  **1.     July 10, 2013 - Last day to:**

27       • meet and confer re: initial disclosures, early settlement, ADR process selection,
           and discovery plan (FRCivP_26(f) & ADR L.R.3-5).
28       • file ADR Certification signed by Parties and Counsel (form available at

http://www.cand.uscourts.gov) (Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b))
• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) (Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & ©).

2. **July 21, 2013 - Last day to**:

• file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) (FRCivP 26(a) (1) Civil _L.R . 16-9).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____June 5_____, 2013            _____
                                              Honorable Nathanael M. Cousins
                                              United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins