|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation; | ) ) ) | Case No. C 13-01104 NC |
|---|---|---|
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| NIPPON EXPRESS U.S.A., INC., a corporation; CHINA AIRLINES, LTD., a foreign corporation; and DOES ONE through FIFTEEN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Stipulation Re Dismissal with Prejudice of the parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. C 13-01104 NC is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: \_\_\_\_\_July 23\_\_\_\_\_, 2013     _____
Hon. Nathanael Cousins
United States Magistrate Judge

[GRANTED — signed Judge Nathanael M. Cousins, Northern District of California seal]

---