UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>NIPPON EXPRESS U.S.A., INC., a corporation; CHINA AIRLINES, LTD., a foreign corporation; and DOES ONE through FIFTEEN,<br><br>Defendants. | Case No. C 13-01104 NC<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation Re Dismissal with Prejudice of the parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. C 13-01104 NC is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: \_\_\_\_\_July 23\_\_\_\_\_, 2013   _____
Hon. Nathanael Cousins
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins